UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABIA KHAN,<br><br>           Plaintiff,<br>     v.<br><br>JOHN F. KERRY,<br><br>           Defendant. | Case No.  14-cv-03322-KAW<br><br>**ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT; REQUIRING PLAINTIFF TO FILE CERTIFICATE OF SERVICE THAT COMPLIES WITH FED. R. CIV. P. 4(I)** |

On August 19, 2014, Plaintiff moved for summary judgment in the above-captioned case and noticed her motion for hearing.  (Pl.'s Mot. Summ. J. at 8, Dkt. No. 8.)  As of the filing of this order, Defendant has not made an appearance in this action.

The certificate of service Plaintiff filed in connection with her motion for summary judgment shows that Plaintiff's counsel mailed copies of the motion papers to:

US District Attorney's Office
1301 Clay Street, 3rd Floor
Oakland, CA 94612

(Certificates of Service, Dkt. Nos. 7, 10.)  The certificate of service filed in connection with the summons and complaint also shows that Plaintiff's counsel mailed copies of those documents to the same address.

This does not comply with Fed. R. Civ. P 4(i).  That rule prescribes the manner in which the United States is to be served, which requires, among other things, sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States in Washington, D.C.  *See id.*

1    Accordingly, Plaintiff shall promptly file a certificate of service showing that Defendant
2    has been served in a manner consistent with Fed. R. Civ. P. 4(i).  The hearing on Plaintiff's motion
3    for summary judgment is VACATED.  Plaintiff shall re-notice her motion, in accordance with
4    Civil Local Rule 7-2, once Defendant has been properly served, made an appearance, and has
5    consented to the undersigned's jurisdiction pursuant to 28 U.S.C. § 636(c).

6    **IT IS SO ORDERED.**

7    Dated: 09/03/2014

8
9    _____
     KANDIS A. WESTMORE
     United States Magistrate Judge