ALAN M. KAUFMAN, ESQ. (California State Bar No. 57449)
KAUFMAN & KAUFMAN ATTORNEYS AT LAW
220 Montgomery Street, Suite 966
San Francisco, CA 94104
Telephone: (415) 956-7770

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABIA KHAN,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN F. KERRY, Secretary of State of the United States<br><br>    Defendant. | Case No. 4:14-cv-3322-KAW<br><br>MOTION TO DISMISS; ~~PROPOSED~~ ORDER |

Plaintiff SABIA KHAN hereby moves for dismissal of the complaint herein.

The complaint seeks review of the November 15, 2011 decision of defendant denying the immigrant visa application of plaintiff's son, Nasir Khan, based on a finding that he was inadmissible under INA §212(a)(6)(E)(i), 8 U.S.C. 1182(a)(6)(E)(i) because of his efforts to conceal his true age to facilitate the immigration of his brother. Defendant has determined that plaintiff's son was not in fact inadmissible under 8 U.S.C. 1182(a)(6)(E)(i) and issued a new decision on January 28, 2015 (Exhibit 1). As a result, the issues raised in the complaint are now moot.

Dated: January 29, 2015                              Respectfully submitted,


                                                     s/Alan M. Kaufman
                                                     _____
                                                     Alan M. Kaufman
                                                     Attorney for Plaintiff

1

[~~PROPOSED~~] ORDER

Pursuant to plaintiff's motion to dismiss the compliant herein, IT IS SO ORDERED

Signed this 30th day of January, 2015



HON. PHYLLIS J. HAMILTON
U.S. District